**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| IN RE: NUTRAMAX COSAMIN MARKETING AND SALES PRACTICES LITIGATION | Case No.: 1:14-md-02498-JFM<br>MDL No. 2498 |
|---|---|
| This Document Relates to:<br>ALL ACTIONS | |

**AMENDED JOINT STATUS REPORT**

Pursuant to the Court's August 5, 2014, order (Dkt. 32), the parties submit the following proposed schedule generally relating to Plaintiffs' motion for class certification. The parties respectfully propose submitting a proposed schedule addressing any remaining pretrial deadlines (*e.g.*, fact and expert discovery deadlines) following a ruling on the motion for class certification.

This amended joint status report is submitted for two reasons. First, on August 21, 2014, the parties originally submitted a proposed schedule (Dkt. 33), which was entered by the Court on August 27, 2014. Due to a scrivener's error, the parties' proposed deadline for submitting *Daubert* and any other evidentiary motions concerning class certification briefs was September 5, 2014. Thus, the proposed schedule below reflects the intended deadline – September 5, 2015. Second, the parties originally proposed a September 1, 2014, deadline for submitting a joint motion for protective order concerning protected materials. Thereafter, the parties requested an extension until September 9, 2014. (Dkt. 35). Given ongoing meet and confer efforts relating to the proposed confidentiality order, the parties respectfully request a new filing deadline of September 16, 2014, as reflected below. The proposed new filing deadline will not impact any other deadlines.

| **Event** | **Deadline** |
|---|---|
| Commencement of Fact Discovery | Current |
| Parties to file Joint Motion for Protective Order concerning Protected Materials | September 16, 2014 |



00076653

| **Event** | **Deadline** |
| --- | --- |
| Plaintiffs' Motion for Class Certification, which shall attach all 26(a) expert report(s) on issues relevant to class certification.<br><br>Plaintiffs' expert(s) shall be made available for depositions thereafter. | May 1, 2015 |
| Last day for Plaintiffs to produce and for Defendant to depose class certification experts, if any, identified in Plaintiffs' Class Certification Motion | May 30, 2015 |
| Defendant's Opposition to Plaintiffs' Class Certification Motion, which shall attach any 26(a) class expert reports and rebuttal reports on issues relevant to class certification.<br><br>Defendant's expert(s) shall be made available for depositions thereafter. | June 27, 2015 |
| Last day for Defendant to produce and for Plaintiffs to depose class certification experts, if any, identified in Defendant's Class Certification Opposition | July 25, 2015 |
| Plaintiffs' Reply Brief | August 22, 2015 |
| Deadline for Daubert and any other evidentiary motions concerning class certification briefs | September 5, 2015 |

Respectfully submitted,

Dated: September 8, 2014

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD
THOMAS J. O'REARDON II

By: *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

701 B Street, Suite 1700

San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

*Interim Lead Counsel*

CARLSON LYNCH
Edwin J. Kilpela, Jr.
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA
Tel: 412/322-9243
412/231-0246 (fax)
ekilpela@carlsonlynch.com

MILLSTEIN ADELMAN LLP
Gillian L. Wade
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Tel: 310/396-9600
310/396-9635 (fax)
gwade@millsteinadelman.com

STEWART M. WELTMAN, LLC
Stewart M. Weltman
53 W. Jackson, Suite 364
Chicago, IL 60604
Tel: 312/588-5033
312/427-1850 (fax)
sweltman@weltmanlawfirm.com

*Executive Committee Members*

Dated: September 8, 2014

BOWIE & JENSEN, LLC
JOSHUA A. GLIKIN

By: *s/ Joshua A. Glikin*
JOSHUA A. GLIKIN

29 W. Susquehanna Avenue, Suite 600
Towson, Maryland 21204
Tel: 410/583-2400
410/583-2437 (fax)
glikin@bowie-jensen.com

*Counsel for Defendants Nutramax Laboratories, Inc., Rite Aid Corporation and Wal-Mart Stores, Inc.*

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

DATED: September 8, 2014

BLOOD HURST & O'REARDON, LLP

By: *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 8, 2014.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com